# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 30, 2014

**BY EMAIL**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

Re:  **U.S. v. Benjamin Durant and Daryl Payton, 12 Cr. 887 (ALC)**

Dear Judge Carter:

I write on behalf of Benjamin Durant, a defendant in the above-referenced case, to request that the Court excuse Mr. Durant's appearance at the initial conference in this case or, in the alternative, adjourn the conference currently scheduled for July 1 to July 3.

On Friday, June 27, the Court issued an order scheduling an initial conference in the above-referenced case for July 1 at 1:00 pm.  Mr. Durant is unavailable at that time, but I will be able to attend as his counsel.  Mr. Durant already has been arraigned on the indictment.  In consequence, I respectfully request that the Court permit me to waive Mr. Durant's appearance at the conference.  In the alternative, I respectfully request that the Court schedule a separate conference regarding Mr. Durant for Thursday July 3.

The government has informed me that it has no objection to a waiver of Mr. Durant's appearance.

Thank you for your time and attention to this matter.

*The request granted. Defendant Durant is hereby permitted to appear by and through his attorney. SO ORDERED*

Respectfully submitted,

/s/
Peggy Cross-Goldenberg, Esq.
(212) 417-8732

cc: AUSAs John Zach and Telemachus Kasulis

*Andrew L. Carter*
7/1/2014