UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,                      12 Cr. 887 (ALC)

           Plaintiff,                          **ORDER**


       -against-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-15-14

BENJAMIN DURANT and DARYL PAYTON,

         Defendants.,
-------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

    At the August 15, 2014 status conference, the Defendants requested an exclusion of time
pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until December 11, 2014 to allow the
Defendants to file motions, review discovery and better prepare for trial.

    The Court finds that the interests of justice are served by such an exclusion to allow the
Defendants to file motions, review discovery, and better prepare for trial, and that those interests
outweigh the interests of the defendants and the public in a speedy trial.

    Accordingly, it is ORDERED: the time from August 15, 2014 through December 11, 2014
is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to
18 U.S.C. § 3161(h)(7)(A).


SO ORDERED.

Dated: New York, New York
August 15, 2014

                          ANDREW L. CARTER, JR.
                          UNITED STATES DISTRICT JUDGE