UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                :
                                          :     12 Cr. 887 (ALC)
         -v-                              :
                                          :     ORDER
BENJAMIN DURANT and DARYL PAYTON,        :
                                          :
         Defendants.                      :
                                          :
-------------------------------------------------------------x

ANDREW L. CARTER, JR., United States District Judge:

For the reasons stated on the record at the November 6, 2014 status conference, Defendant Benjamin Durant's Motion to Dismiss (ECF No. 91) is **DENIED**. As Defendant Daryl Payton's Motion to Dismiss (ECF No. 90) was withdrawn at the conference, it is **DENIED AS MOOT**.

SO ORDERED.

Dated: New York, New York
       November 10, 2014

ANDREW L. CARTER, JR.
United States District Judge