

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 24, 2014

**By Electronic Mail**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 725
New York, New York 10007
E-mail: alcarternysdchambers@nysd.uscourts.gov

RECEIVED

NOV 24 2014

ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

Re:   **United States v. Benjamin Durant,**
      S4 12 Cr. 887 (ALC)

Dear Judge Carter:

     The Government, after consultation with defense counsel, submits this letter to jointly propose the following schedule in advance of the January 12, 2015 trial in the above-reference matter. As the Court is aware, the parties previously filed motions *in limine* (along with requests to charge and proposed voir dire) on November 18, 2014. The parties propose that responses to those motions, along with any additional motions *in limine* and expert witness notice, be filed no later than December 5, 2014. Thereafter, any additional responses should be filed no later than December 12, 2014, as requested by the Court in advance of our pretrial conference on December 18, 2014. In addition, the parties propose that they exchange, and share with the Court, their exhibits, 3500 material and witness lists by December 22, 2014. Please let the parties know if you have any additional questions or concerns with regards to this proposed schedule. Thank you for your consideration of this matter.

     Respectfully submitted,

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

11/25/2014

PREET BHARARA
United States Attorney

By:   //s//
      Jessica Masella
      Andrew Bauer
      Damian Williams
      Assistant United States Attorneys
      (212) 637-2288/2354/2298

cc:   Defense Counsel
      (By ECF and Electronic Mail)