**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 5, 2014

**BY ECF AND EMAIL**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

12-10-14

Re: <u>United States v. Benjamin Durant</u>, S4 12 Cr. 887 (ALC)

Dear Judge Carter:

On November 25, 2014, the Court so ordered the parties' joint proposed pretrial schedule, which required that defendant's expert witness notice be given by today. Mr. Durant is unable to provide expert notice today, and the government has agreed to adjourn this deadline. The parties therefore jointly propose that Mr. Durant will give expert disclosure as required by Rule 16 by December 15, 2014, and that the government will have until December 22, 2014, to file any objection or motion to preclude. The parties request that the Court approve this adjournment.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE  12-10-14

Respectfully submitted,

/s/ Clay H. Kaminsky
Peggy Cross-Goldenberg
Clay H. Kaminsky
Federal Defenders of New York
Attorneys for Defendant
   Benjamin Durant

cc: Jessica Masella, Andrew Bauer, and A. Damian Williams,
      Assistant United States Attorneys